1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TYRONE INGRAM,

11          Plaintiff,                       No. 2:11-cv-2507 EFB P

12       vs.

13   B. HAMKAR, et al.,
                                            ORDER
14          Defendants.

15   _____/

16       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  This proceeding was referred to this court by Local Rule 302 pursuant to 28

18   U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent.  Dckt. No. 5;

19   *see* E.D. Cal. Local Rules, Appx. A, at (k)(4).  On July 18, 2012, the court screened plaintiff's

20   amended complaint pursuant to 28 U.S.C. § 1915A.  The court found service appropriate as to

21   some defendants, but not all, and granted plaintiff thirty days to either return documents

22   necessary to effect service of process on defendants against whom plaintiff had stated a

23   cognizable claim, or to file an amended complaint.  Dckt. No. 14.  The order warned plaintiff

24   that failure to comply would result in this action being dismissed.  The time for acting has passed

25   and plaintiff has not submitted the materials necessary for service, has not filed an amended

26   complaint, or otherwise responded to the court's order.

1

1        Accordingly, it is hereby ORDERED that this action is dismissed for failure to prosecute.

2   *See* Fed. R. Civ. P. 41(b).

3   DATED:  August 28, 2012.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26