UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE INGRAM, | No. 2:11-cv-2507-WBS-EFB P |
| Plaintiff, | |
| v. | ORDER |
| B. HAMKAR, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 18, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2013, are adopted in full;

2. Defendants' December 28, 2012 motion to dismiss (ECF No. 30) is granted in part and plaintiff's claims against defendants Thorpe and Hamkar for confiscating his knee brace on January 5, 2011 are dismissed without prejudice for failure to exhaust administrative remedies; and

3. Defendants' motion is otherwise denied.

Dated:  August 21, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE